IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00068-REB-KLM

WALTER SMITH,

    Plaintiff,

v.

FAMILY AUTO SALES INC., a Colorado corporation doing business as Family Truck and Van,

    Defendant.

_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Renewed Stipulation and Joint Motion to Modify Scheduling Order to Extend Discovery Deadline** [Docket No. 35; Filed September 8, 2013] (the "Motion"). In this renewed Motion, the parties again seek an extension of the discovery deadline from September 6, 2013 to November 6, 2013. They now also seek an extension of the dispositive motions deadline to December 6, 2013. They further request that the Final Pretrial Conference set for December 20, 2013 and the Jury Trial set to begin on January 6, 2014 both be continued. The Final Pretrial Conference and the Jury Trial are set before the District Judge.

    The Court finds that the parties have provided good cause to amend the scheduling order and extend the deadlines in this case. Accordingly,

    IT IS HEREBY **ORDERED** that the portion of the Motion [#35] seeking an extension of the discovery deadline to November 6, 2013 and an extension of the dispositive motions

deadline to December 6, 2013 is **GRANTED**.

IT IS FURTHER **RECOMMENDED** that the Final Pretrial Conference set for December 20, 2013 and the Jury Trial set to begin on January 6, 2014 be **VACATED** and **RESET** to a later date at the convenience of the District Judge in order to allow sufficient time to resolve dispositive motions prior to trial-related hearings and deadlines.

Dated: September 18, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge