IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00068-REB-KLM

WALTER SMITH,

     Plaintiff,

v.

FAMILY AUTO SALES INC., a Colorado corporation doing business as Family Truck and Van,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to File Second Amended Complaint** [#39] and on Plaintiff's **Unopposed Motion to Substitute Document** [#46] (the "Motion"). On February 12, 2014, the parties filed a Notice of Settlement [#50]. In light of this Notice,

     IT IS HEREBY **ORDERED** that the Motions [#39, #46] are **DENIED as moot**.

     Dated: February 14, 2014