**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00068-REB-KLM

WALTER SMITH,

    Plaintiff,

v.

FAMILY AUTO SALES, INC., d/b/a FAMILY TRUCK AND VAN, a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation and Joint Motion To Dismiss With Prejudice** [#52][1] filed February 19, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Joint Motion To Dismiss With Prejudice** [#52] filed February 19, 2014, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set February 20, 2014, are **VACATED**;

3. That the jury trial set to commence March 10, 2014, is **VACATED**;

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing (CM/ECF). I use this convention throughout this order.

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 19, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge